IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KINGRALE COLLINS
ADC #102818                                                           PETITIONER

v.                              No. 5:16-cv-295-DPM

GAYLON LAY, Warden, EARU; MARK
WARNER, Deputy Warden, EARU; and
ARKANSAS ATTORNEY GENERAL                                             RESPONDENTS

ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Collins's petition will be dismissed without prejudice for lack of jurisdiction. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2016