## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KINGRALE COLLINS
ADC #102818                                                      PETITIONER

v.                              No. 5:16-cv-295-DPM

GAYLON LAY, Warden, EARU; MARK
WARNER, Deputy Warden, EARU; and
ARKANSAS ATTORNEY GENERAL                          RESPONDENTS

## JUDGMENT

Collins's petition is dismissed without prejudice for lack of jurisdiction.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 November 2016